IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T-M VACUUM PRODUCTS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-11-947 |
| | § | |
| JOHN B. BERRY *and wife*, | § | |
| PATRICIA P. BERRY | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Because this Court has determined that T-M Vacuum Products, Inc. is entitled to judgment as a matter of law, the Court hereby

RENDERS judgment in favor of Plaintiff T-M Vacuum Products, Inc. in accordance with this Court's Order of the same date, granting T-M Vacuum Products, Inc's motion for summary judgment. The Court further

ORDERS that Plaintiff T-M Vacuum Products, Inc shall recover $218,548.68 in actual damages from Defendants John and Patricia Berry, jointly and severally, along with interest thereon, accruing pursuant to the Promissory Note dated February 1, 2010, at a rate of eight percent per annum calculated from November 1, 2010 to the date of this Judgment, to be paid in addition to the actual damage amount stated above. The Court further

ORDERS that Plaintiff T-M Vacuum Products, Inc shall recover $10,927.43 in late fees, this number reflecting five percent of the amount now overdue, as required in the Promissory Note dated February 1, 2010, from Defendants John and Patricia Berry, jointly and severally. The Court further

ORDERS that Plaintiff T-M Vacuum Products, Inc shall recover $5,909.97 in attorneys' fees from Defendants John and Patricia Berry, jointly and severally, pursuant to the Promissory Note dated February 1, 2010. The Court further

ORDERS that postjudgment interest on the foregoing awards be calculated at eight percent per annum from the date of this Judgment until paid, pursuant to the rate agreed upon in the Promissory Note.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this __3__ day of January, 2012.

_____
DAVID HITTNER
United States District Judge